Arthur NAPIER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

April 26, 1949.

Jay W. Harlan for movant.

A. E. Funk, Attorney General, Wm. F. Simpson, Assistant Attorney General, and Henry Jackson, opposed.

PER CURIAM.

Conviction for possession of alcoholic beverages for purposes of sale in dry territory with punishment of $100 fine and 60 days in jail. The motion of movant is denied and judgment affirmed.

Noah JOHNSON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 6, 1949.

P. H. Vincent for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Faye BECKER, Movant, v. Lorraine SPROWLES, Opposed.

Court of Appeals of Kentucky.

May 10, 1949.

Robert Hubbard for movant.

Faurest & Montgomery opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.